IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00075-MSK-MEH

ROSE ANN TSCHEUSCHNER,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 11, 2006.**

    Plaintiff's Motion to Amend Complaint [Filed August 10, 2006; Docket #16] is **denied** without prejudice for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer.