IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00075-MSK-MEH

ROSE ANN TSCHEUSCHNER,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 15, 2006.**

    Plaintiff's Unopposed Amended Motion to Amend Complaint [Filed August 14, 2006; Docket #20] is **granted**. The Clerk of the Court is directed to docket Plaintiff's Proposed Amended Complaint [Docket #16-2].