IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00075-MSK-MEH

ROSE ANN TSCHEUSCHNER,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 15, 2006.**

Defendant's Joint Motion for Leave to Modify Scheduling Order [Filed August 14, 2006; Docket #19] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings: | August 30, 2006 |
| Discovery Cut-Off: | November 15, 2006 |
| Dispositive Motion Deadline: | December 4, 2006 |
| Expert Witness Deadline: | September 18, 2006 |
| Rebuttal Expert Witness Deadline: | October 17, 2006 |
| Requests for Admission: | September 15, 2006 |

All other dates, including the Final Pretrial Conference set for May 11, 2007, before Judge Krieger remain in effect.