IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00075-MSK-MEH

ROSE ANN TSCHEUSCHNER,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 14, 2006.**

For good cause shown, the Joint Motion for Leave to Modify Scheduling Order [Filed November 10, 2006; Docket #34] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosure deadline: | December 22, 2006 |
| Fact discovery deadline: | January 12, 2007 |
| Dispositive motion deadline: | January 29, 2007 |

The Joint Motion to Continue Settlement Conference [Filed November 10, 2006; Docket #33] is **granted**. The settlement conference scheduled for November 20, 2006, is **vacated** and **rescheduled** to **February 6, 2007 at 10:30 a.m.** Supplemental confidential settlement statements are to be submitted to Chambers no later than January 30, 2007.