IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00075-MSK-MEH

ROSE ANN TSCHEUSCHNER,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 16, 2007.**

    Plaintiff's Unopposed Motion for Leave to Modify Scheduling Order [Filed January 15, 2007; Docket #40] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosure deadline: | January 29, 2007 |
| Fact discovery deadline: | January 29, 2007 |
| Dispositive motion deadline: | February 6, 2007 |