IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00075-MSK-MEH

ROSE ANN TSCHEUSCHNER,

      Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

      THIS MATTER is before the Court on the "Joint Stipulation to Dismiss Case With Prejudice" **(#63)** filed May 7, 2007. Pursuant to the Stipulation, it is

      **ORDERED** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

      Dated this 17th day of May, 2007

                                     **BY THE COURT:**

                                     Marcia S. Krieger
                                     United States District Judge